| AUSA: | William Broman | Telephone: | (313) 226-0205 |
|---|---|---|---|
| Special Agent: | Richard Cousins, ATF | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Comico Thomas

Case No. 26-mj-30455

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 28, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Richard Cousins, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ July 30, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Richard Cousins, being duly sworn, depose and state the following:

## I.    INTRODUCTION

1.    I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since April 2023. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

2.    As an ATF Special Agent, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs, I received a total of twenty-seven weeks of instruction on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection, and firearms trafficking.  I have also completed the ATF Firearms Interstate Nexus Training Program.

3.    I am a member of the ATF Detroit Field Division, Group II, Crime Gun Enforcement Team ("CGET") and am currently assigned to the Gun Violence Task Force "GVTF." The GVTF and CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the Eastern District of Michigan. I have been a case agent or co-case agent on over two dozen

investigations that have resulted in the seizer of firearms, illicit controlled substances, and federal and state prosecutions.

4.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

5.      The ATF is currently conducting a criminal investigation concerning Comico THOMAS (DOB: XX/XX/2001), for violation of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II.    CRIMINAL HISTORY

6.      I reviewed records related to THOMAS's criminal history and learned the following:

   a. On or about November 5, 2021, THOMAS pleaded guilty to two counts of Felony – Police Officer – Assaulting/Resisting/Obstructing (Michigan Compiled Laws § 750.81d(1)) in the Third Judicial Circuit Court, Wayne County and was sentenced to probation. Violations of

MCL § 750.81d(1) are "punishable by imprisonment for not more than 2 years";

b. On or about February 28, 2023, THOMAS pleaded guilty to one count of Felony – Assault with Dangerous Weapon (Michigan Compiled Laws § 750.82) in the Third Judicial Circuit Court, Wayne County and was sentenced to 15 days jail and probation. Violations of MCL § 750.82(1) are "punishable by imprisonment for not more than 4 years";

7. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the number of THOMAS's convictions, there is probable cause to believe that THOMAS is aware of his status as a convicted felon.

## III. PROBABLE CAUSE

3. On July 28, 2026, Detroit Police Department (DPD) officers were dispatched to a liquor store on Puritan Avenue in Detroit, MI for a report of a disturbance. Responding DPD officers arrived at the location and were notified that an individual, later identified as THOMAS, was causing the disturbance. THOMAS was known by the responding officers due to the fact he had trespassed at the same location multiple times.

4.      Minutes later, DPD Officers located THOMAS sitting on a bench approximately 200ft away from the liquor store.  As officers approached THOMAS, they observed the grip of a firearm sticking out of THOMAS'S pocket.  DPD then recovered a black Glock, model 44, .22 caliber pistol bearing serial number AEMM412 from the pocket of THOMAS's shorts.

5.      Special Agent Weston partially reviewed the DPD body worn camera footage of THOMAS'S arrest and observed the outline of a firearm and the handle of the firearm protruding out of THOMAS'S right pocket ( Image 1).  Image 2 is a zoomed in version of Image 1.

IMAGE 1                                IMAGE 2



4

6.      On July 29, 2026, I reviewed the DPD provided information about the recovered Glock model 44 handgun. Based on my training and experience, it is my conclusion that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## IV.   CONCLUSION

7.      Probable cause exists to believe that on July 28, 2026, Comico THOMAS, a convicted felon aware of his felony conviction, knowingly possessed a firearm in violation of Title 18 U.S.C. Section 922(g)(1). This violation occurring within the Eastern District of Michigan.

Respectfully submitted,

Richard Cousins, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge

Dated:     July 30, 2026

5